Form B1 (Official Form 1) - (Rev. 04/10)      2010 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Concord International High School, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Concord High School | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 5085 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1831 Wilshire Blvd.<br>Santa Monica, California<br>ZIP CODE 90403 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other High School

**Tax-Exempt Entity**
(Check one box, if applicable)

- [X] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which**
the Petition is Filed
(Check one box)

- [ ] Chapter 7
- [X] Chapter 11
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

CCD-B1

Form B1 (Official Form 1) (Rev. 04/10)                                   2010 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Concord International        FORM B1, Page 2<br>High School, Inc. |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 3 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐　Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　　　　Date<br>　Michael S. Kogan |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐　Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒　No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐　Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐　Exhibit D also completed and signed by the joint debtor is attached and made part of this petition. |

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

☒　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 1/08)                                                    2008 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): Concord International | **FORM B1, Page 3** |
|---|---|---|
| *(This page must be completed and filed in every case)* | High School, Inc. | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.  [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor
   Concord International High Sch

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Michael S. Kogan
Printed Name of Attorney for Debtor(s)
Ervin Cohen & Jessup LLP
Firm Name
9401 Wilshire Blvd., 9th Floor
Address
Beverly Hills, California 90212
310.273.6333
Telephone Number
11/10/10            128500
Date            Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Dr. Richard Corlin
Printed Name of Authorized Individual
Director
Title of Authorized Individual
11/10/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## CORPORATE RESOLUTION

In accordance with the authority vested in the Board of Directors, the Directors have

approved, and do hereby approve, the following resolutions:

RESOLVED, that Concord International High School, Inc. (the "Corporation") file a

Petition for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that any officer or other party designated by the Board of Directors of the

Corporation including but not limited to Dr. Richard Corlin , are authorized by their sole

signature to sign all documents necessary and requisite in connection with the said Petition

pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and

to execute and deliver all necessary documents on behalf of the Corporation in connection with

such Chapter 11 case, and it is further

RESOLVED, that this Corporation retain Ervin, Cohen & Jessup LLP as counsel to

represent the Corporation in connection with the proceedings.

DATED:  November _10_ , 2010

                                          CONCORD INTERNATIONAL HIGH SCHOOL,
                              INC.


                              By: _Richard L. Corlin_
                                   Dr. Richard Corlin

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333<br>310.859.2325<br>128500<br><br>[ ] Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: CONCORD INTERNATIONAL HIGH SCHOOL, INC.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:  11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, <u>Dr. Richard Corlin</u>_____, the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

     [x]     I am the president or other officer or an authorized agent of the debtor corporation

     [ ]     I am a party to an adversary proceeding

     [ ]     I am a party to a contested matter

     [ ]     I am the attorney for the debtor corporation

2. a.     [ ]     The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
     *[For additional names, attach an addendum to this form.]*

b.  [x]     There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____     11-10-10_____
Signature of Attorney or Declarant     Date

RICHARD F. CORLIN_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007     CCD-1002

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CONCORD INTERNATIONAL HIGH SCHOOL, INC.,<br><br>                   Debtor. | (Chapter 11)<br><br>Case No. __-_____ |

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

### In re CONCORD INTERNATIONAL HIGH SCHOOL, INC.

Following is a list of the Debtors' creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101, (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of Creditor and Address | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 1. | Abby Arnold<br>668 Marine Street<br>Santa Monica, CA 90405 | Abby Arnold<br>310.396.2374 | tuition | subject to set off | $30,000 |
| 2. | Debbie Mahdessian and Ted Catanzaro<br>1107 Arizona Avenue<br>Santa Monica, CA 90401 | Debbie Mahdessian and Ted Catanzaro<br>310.393.0200 | tuition | subject to set off | $10,000 |
| 3. | Dr. Richard and Catherine Corlin<br>2116 La Mesa Drive<br>Santa Monica, CA 90402 | Dr. Richard and Catherine Corlin<br>310.451.1596 | tuition | subject to set off | $30,000 |

| # | Name of Creditor and Address | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 4. | Barbara and Michael Dancyger 430 N. Saltair Avenue Los Angeles, CA 90049 | Barbara and Michael Dancyger 310.471.3953 | tuition | subject to set off | $30,000 |
| 5. | Lili Hamedi 16980 Escalon Drive Encino, CA 91436 | Lili Hamedi 310.709.5113 | tuition | subject to set off | $20,000 |
| 6. | Iradj Harounian and Farkhondeh Yasrebi 941 Yale Street Santa Monica, CA 90403 | Iradj Harounian and Farkhondeh Yasrebi 310.453.4587 | tuition | subject to set off | $20,000 |
| 7. | Darrylynn Kaun 600 Harbor #6 Venica, CA 90291 | Darrylynn Kaun 310.503.7499 | tuition | subject to set off | $15,000 |
| 8. | Susan Largent 10319 Clusterberry Court Los Angeles, CA 90077 | Susan Largent 310.475.7582 | tuition | subject to set off | $30,000 |
| 9. | Patricia Schnegg and William Oppenheim 124 Outrigger Mall Marina del Rey, CA 90292 | Patricia Schnegg and William Oppenheim 310.827.0355 | tuition | subject to set off | $30,000 |
| 10. | Max Palacios 10617 Ashton Avenue Los Angeles, CA 90024 | Max Palacios 424.832.3389 | tuition | subject to set off | $20,000 |
| 11. | Kathleen and Marc Port 657 El Medio Avenue Pacific Palisades, CA 90272 | Kathleen and Marc Port 310.230.9402 | tuition | subject to set off | $30,000 |
| 12. | Teresa and Wasaburo Sakamoto 1423 Ashland Avenue Santa Monica, CA 90405 | Teresa and Wasaburo Sakamoto 310.392.5141 | tuition | subject to set off | $20,000 |
| 13. | Julie Benson 16532 ½ Sunset Boulevard Pacific Palisades, CA 90272 or David Schneiderman 16459 Akron Street Pacific Palisades, CA 90272 | Julie Benson 310.699.6959 or David Schneiderman 323.864.0250 | tuition | subject to set off | $30,000 |
| 14. | Liudmila and James Davis 1199 Supi Lane Topanga, CA 90290 | Liudmila and James Davis 310.827.9597 | tuition | subject to set off | $15,000 |
| 15. | Sadiqa Stelzner, M.D. 16820 Edgar Street Pacific Palisades, CA 90272 | Sadiqa Stelzner, M.D. 310.500.5233 | tuition | subject to set off | $30,000 |
| 16. | Don and Yu-Ling Tyson 321 N. Bonhill Road Los Angeles, CA 90049 | Don and Yu-Ling Tyson 310.472.8152 | tuition | subject to set off | $15,000 |

| # | Name of Creditor and Address | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 17. | Dr. Lillian Wallace and Richard Wallace 151 S. Thurston Avenue Los Angeles, CA 90049 | Dr. Lillian Wallace and Richard Wallace 310.440.9211 | tuition | subject to set off | $60,000 |
| 18. | Denise and Gary Wallack 1445 S. Edris Drive Los Angeles, CA 90035 | Denise and Gary Wallack 310.556.8666 | tuition | subject to set off | $15,000 |
| 19. | Pamela Kogan 17959 Seabreeze Drive Pacific Palisades, CA 90272 | Pamela Kogan 310.230.1116 | tuition | subject to set off | $30,000 |
| 20. | Xemit LLC c/o Victor Real 3625 Del Amo Blvd., Suite 340 Torrance, CA 90503 | Victor Real | lease | contingent, unliquidated and disputed | $15,000 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, the undersigned named as the Debtor in this case, declare under penalty of

perjury that I have reviewed the list of Creditors Holding the 20 Largest Unsecured Claims,

consisting of __ sheets, and that it is true and correct to the best of my knowledge, information

and belief.

Dated:  November 10, 2010

Dr. Richard Corlin, Director

(CLERK'S STAMP)

**Name** Michael S. Kogan
Ervin Cohen & Jessup LLP
**Address** 9401 Wilshire Blvd., 9th Floor
Beverly Hills, California 90212

**Telephone** 310.273.6333
                    Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT FOR THE

_____ CENTRAL _____ **DISTRICT OF** CALIFORNIA _____

**In re** CONCORD INTERNATIONAL HIGH SCHOOL, INC.

Case No. _____

**Debtor(s)**                    **LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtor(s) within last 6 years.)

**Social Security No.** _____
**Social Security No.** _____
**Debtor's Employer's Tax Identification No.** 23-7315085 _____

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Not for Profit | | | |

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  CONCORD INTERNATIONAL HIGH SCHOOL, INC.<br><br><br><br>                                                    Debtor. | CHAPTER 11  11<br><br>CASE NUMBER<br><br><hr>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:  1831 Wilshire Blvd.
    Santa Monica, california 90403

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    1831 Wilshire Blvd.
    Santa Monica, california 90403

3.  Disclose the current business address(es) for all corporate officers:
    1831 Wilshire Blvd.
    Santa Monica, california 90403

4.  Disclose the current business address(es) where the Debtor's books and records are located:
    1831 Wilshire Blvd.
    Santa Monica, california 90403

**VEN-C**

| In re CONCORD INTERNATIONAL HIGH SCHOOL, INC. | CHAPTER 11  11 |
|---|---|
| Debtor. | CASE NUMBER |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
      1831 Wilshire Blvd.
      Santa Monica, california 90403

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*): Dr. Richard Corlin - Board of directors and authorized representative

8.   Total number of attached pages of supporting documentation: _____

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the _____ day of November_____ , 2010 , at Los Angeles_____ , California.

Dr. Richard Corlin_____                              _____
*Type Name of Officer*                                      *Signature of Declarant*

Director_____
*Position or Title of Officer*

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles _____, California.

_____
Debtor
Concord International High School, Inc.

Dated _____        _____
Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

---

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re CONCORD INTERNATIONAL HIGH SCHOOL, INC. | Case No.: |
|---|---|
| | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ <u>no retainer</u>

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

2. The source of the compensation paid to me was:

   [x] Debtor        [ ] Other *(specify)*

3. The source of compensation to be paid to me is:

   [x] Debtor        [ ] Other *(specify)*

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

CCD-B203

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)     1998 USBC, Central District of California

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/10/10
*Date*

*Signature of Attorney*
Michael S. Kogan

Ervin Cohen & Jessup LLP
*Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Michael S. Kogan
        Ervin Cohen & Jessup LLP

Address 9401 Wilshire Blvd., 9th Floor
        Beverly Hills, California 90212

Telephone  310.273.6333

[x] Attorney for Debtor(s)

[ ] Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years):<br><br>Concord International High School,Inc.<br><br>Concord High School | Case No.: |
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 11 - 10 - 10

_Debtor_
Concord International High School,Inc

_Attorney (if applicable)_
Michael S. Kogan
Ervin Cohen & Jessup LLP

_Joint Debtor_

BK-105

Concord International High School, Inc.
c/o Richard Corlin
1831 Wilshire Blvd.
Santa Monica, California 90403


Michael S. Kogan, Esq
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Fl
Beverly Hills, CA  90212


United States Trustee
725 S. Figueroa St.
Suite 2600
Los Angeles, CA  90017

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Franchise Tax Board
Bankruptcy Unit
Po Box 2952
Sacramento, CA 95812-2952


Xemit LLC
c/o Victor Real
3625 Del Amo Boulevard, Suite 340
Torrance, CA 90503


Abby Arnold
668 Marine Street
Santa Monica, CA 90405


Mitra Bazzai
11943 Kiowa Avenue, #8
Los Angeles, CA  90049


Terri and Daniel Barach
9311 Sawyer Street
Los Angeles, CA 90035


Timea Basner
5389 Playa Vista Drive #408
Playa Vista, CA 90094


Kimberly Bennett
4755 White Oak Place
Encino, CA 91316


Craig Wagner
16810 Bajio Road
Encino, CA 91436

Debbie Mahdessian and Ted Catanzaro
1107 Arizona Avenue
Santa Monica, CA 90401


Dr. Richard and Catherine Corlin
2116 La Mesa Drive
Santa Monica, CA 90402


Lisa and Rex Covington
7925 Altavan Avenue
Los Angeles, CA 90045


Barbara and Michael Dancyger
430 N. Saltair Avenue
Los Angeles, CA 90049


Greer Williams
3156 Mandeville Canyon Road
Los Angeles, CA 90049


Karen and Benedict Fitzgerald
236 N. Tigertail Road
Los Angeles, CA 90049


Susan and Peter Follett
2817 Coolidge Avenue
Los Angeles, CA 90064


Crecencia Martinez and Jose Garcia
763 Sunset Anenue
Venice, CA 90291


Isabel Trevino
11924 Mayfield Avenue, #5
Los Angeles, CA 90049

Lili Hamedi
16980 Escalon Drive
Encino, CA 91436


Liudmila and James Davis
1199 Supi Lane
Topanga, CA 90290


Iradj Harounian and Farkhondeh Yasrebi
941 Yale Street
Santa Monica, CA 90403


Darrylynn Kaun
600 Harbor #6
Venica, CA 90291


Pamela Kogan
17959 Seabreeze Drive
Pacific Palisades, CA 90272


Susan Largent
10319 Clusterberry Court
Los Angeles, CA 90077


Chris Largent
27722 Tambora Drive
Canyon Country, CA 91355


Linda Beckerman and Glenn Lingle
422 Rees Street
Playa del Rey, CA 90293


Angelika Mondorf-Logan
2464 Penmar Avenue #15
Venice, CA 90291

Chuck Dukowski and Lora Norton
814 Pacific Avenue
Venice, CA 90291


Ona Ludwig
2600 E. 7th Street
Long Beach, CA 90804


Deja Prem
2001 Olympic Boulevard, #130
Santa Monica, CA 90404


Monica Balsz
1159 Centinela Avenue
Santa Monica, CA 90403


Tashauna Seale
13719 Doty Avenue
Hawthorne, CA 90250


Millie and Rodney Mims
4720 S. Slausen Avenue
Culver City, CA 90230


Michael and Cherry Moreno
1716 Brockton Avenue, #104
Los Angeles, CA 90025


Cathy Negrete
917 E. 65th Street
Inglewood, CA 90302


David Singleton
2634 Kansas Avenue
Santa Monica, CA 90404

Patricia Schnegg and William Oppenheim
124 Outrigger Mall
Marina del Rey, CA 90292


Suzanne and Christian Orfescu
3990 Inglewood Boulevard
Los Angeles, CA 90066


Janin Paine
44 Thornton Avenue
Venice, CA 90291


Max Palacios
10617 Ashton Avenue
Los Angeles, CA 90024


Joanna Palacios
1052 3rd Street
Santa Monica, CA 90403


Lynn Patterson
5412 Eileen Avenue
Los Angeles, CA 90043


Kathleen and Marc Port
657 El Medio Avenue
Pacific Palisades, CA 90272


Teresa and Wasaburo Sakamoto
1423 Ashland Avenue
Santa Monica, CA 90405


Sandra and Jorge Sanchez
3844 Huron Avenue
Culver City, CA 90232

Julie Benson
16532 ½ Sunset Boulevard
Pacific Palisades, CA 90272


David Schneiderman
16459 Akron Street
Pacific Palisades, CA 90272


Levi Singer
35 Vicente Terrace
Santa Monica, CA 90401


Lovella Singer
308 E. 7th Street
Perris, CA 92572


Sadiqa Stelzner, M.D.
16820 Edgar Street
Pacific Palisades, CA 90272


Rebecca Shaw & James Stinson
5303 Village Green
Los Angeles, CA 90016


Don and Yu-Ling Tyson
321 N. Bonhill Road
Los Angeles, CA 90049


Max Duganne
239 14th Street
Santa Monica, CA 90402


Jan Vieira
828 11th Street, #10
Santa Monica, CA 90403

Dr. Lillian Wallace and Richard Wallace
151 S. Thurston Avenue
Los Angeles, CA 90049


Denise and Gary Wallack
1445 S. Edris Drive
Los Angeles, CA 90035


Karen Gottesman
843 Galloway Street
Pacific Palisades, CA 90272


May and Jack Wong
1154 Palms Boulevard
Venice, CA 90291


Denise and Don Yaeger
1609 Thayer Avenue
Los Angeles, CA 90024